The People of the State of New York, Appellant,
against
Chudleigh Ashmeade, Defendant-Respondent.



The People appeal from an order of the Criminal Court of the City of New York, Bronx County (Dakota D. Ramseur, J.), rendered on January 9, 2015, which granted defendant's motion to dismiss the accusatory instrument pursuant to CPL 30.30.




Per Curiam.
Order (Dakota D. Ramseur, J.), dated January 9, 2015, reversed, on the law, motion denied, information reinstated and matter remitted to Criminal Court for further proceedings.
Criminal Court erred in dismissing the accusatory instrument on speedy trial grounds. The counts of the accusatory instrument pertaining to the charges of promoting prison contraband in the second degree (see Penal Law 205.20[2]) were timely converted to an information upon the filing of the supporting deposition of Correction Officer Cordero and a copy of the New York City Department of Correction Inmate Rule Book, inasmuch as these documents, when read in conjunction with the complaint, contained "nonhearsay allegations which, if true, establish every element of the offense charged and the defendant's commission thereof" (People v Kalin, 12 NY3d 225, 228-229 [2009]; see CPL 100.40(1)(c)). In view of the allegation that defendant received a copy of the inmate rule book upon admittance to the correctional facility (see Correction Law § 138[2]), the absence of a certified copy of the inmate rule book did not render the information jurisdictionally defective (see generally People v Harris, 72 AD3d 1492 [2010], lv denied 15 NY3d 774 [2010]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: October 04, 2016